UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:08-CR-11-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY CRAWFORD, | ) | |
| Defendant. | ) | |

The United States Attorney is DIRECTED to file a response to the defendant's Motion to Amend Judgment [DE-19], which shall describe the Government's contacts with TAPCO Underwriters, Inc., both before and subsequent to entry of the original Judgment [DE-12] and the Order Amending Judgment [DE-18], concerning TAPCO's losses that were the basis of the order of restitution entered herein. The Government further is DIRECTED to state whether it joins or opposes the defendant's motion, and to direct the court's attention to the legal authority for its position.

SO ORDERED.

This the 18th day of June, 2010.

JAMES C. FOX
Senior United States District Judge