UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 02:08-CR-11-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **NOTICE and** |
| | ) | **ORDER** |
| LARRY CRAWFORD, | ) | |
| Defendant. | ) | |

Having considered the defendant's Motion to Amend Judgment [DE-19] and the Government's Response thereto [DE-22], the court finds that the interests of justice require that the Judgment [DE-12] entered herein on August 6, 2008, be further[1] AMENDED as follows:

**The order of restitution in the sum of $30,068.69 payable to TAPCO Underwriters Incorporated hereby is STRICKEN.**

Except as ordered herein, the Judgment entered on August 6, 2008, as amended by order [DE-18] of October 7, 2009, is RATIFIED and remains in full effect.

SO ORDERED.

This the 10th day of September, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] The original order [DE-12] was amended on October 7, 2009, [DE-18] honoring the Government's motion for a reduction in the defendant's sentence.